RECEIVED
IN LAKE CHARLES, LA.

DEC 10 2015

TONY R. MOORE, CLERK
BY ______ DEPUTY

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ROBERT DePERRODIL** | * | **CIVIL ACTION NO. 6:13-cv-849** |
| | * | |
| **v.** | * | **JUDGE MINALDI** |
| | * | |
| **BOZOVIC MARINE, INC** | * | **MAGISTRATE JUDGE HANNA** |

**************************************************************************************

**JUDGMENT**

For the reasons stated in the accompanying Opinion, it is

**ORDERED, ADJUDGED,** and **DECREED** that judgment is hereby entered in favor of the plaintiff, Robert dePerrodil, and against the defendant, Bozovic Marine, Inc., in the amount of $984,395.52[1] plus judicial interest from November 13, 2012.

Lake Charles, Louisiana, this 3rd day of December 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

[1] Ninety percent of the sum of the total economic losses ($328,958.00), past and future medical expenses ($414,814.80), and general damages ($350,000).