RECEIVED
JAN 18 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROBERT DePERRODIL | CIVIL ACTION NO. 6:13-cv-00849 |
| VERSUS | JUDGE MINALDI |
| BOZOVIC MARINE, INC. | MAGISTRATE JUDGE HANNA |

# **AMENDED JUDGMENT**

In accordance with the mandate from the Fifth Circuit Court of Appeals,

IT IS ORDERED that judgment is hereby entered in favor of the plaintiff Robert DePerrodil and against the defendant Bozovic Marine, Inc. in the total sum of $868,570.20 plus judicial interest from November 13, 2012, allocated as follows:

| | | |
|---|---|---|
| Past medical expenses | 90% of $57,385.50 or .......... | $ 51,646.95 |
| Future medical expenses | 90% of $228,734.50 or ......... | $205,861.05 |
| Economic damages | 90% of $328,958 or ........... | $296,062.20 |
| General damages | 90% of $350,000 or ............ | $315,000.00 |

JUDGMENT RENDERED AND SIGNED on this, the 17th day of January 2017, at ALEXANDRIA, Louisiana.

CHIEF UNITED STATES DISTRICT JUDGE